Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253104)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com
         jkeenley@bkkllp.com
         ebolt@bkkllp.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>              Defendant. | Case No.: 4:24-cv-2445-JST<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER PSEUDONYM |

The Court, having considered Plaintiff's submission, hereby GRANTS Plaintiff's motion for administrative relief to proceed under a pseudonym.  The Clerk is hereby directed to sign, seal and issue the proposed summons.

IT IS SO ORDERED.


Dated: July 2, 2024

_____
United States District Court