Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253104)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com
         jkeenley@bkkllp.com
         ebolt@bkkllp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, | Case No.: 4:24-cv-2445 JST |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE;** |
| v. | [PROPOSED] **ORDER DISMISSING CASE WITH PREJUDICE** |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff JANE DOE and Defendant STANDARD INSURANCE COMPANY by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), et seq. of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: December 5, 2024

                    BOLT KEENLEY KIM LLP

                    By: /s/ Brian H. Kim
                    Brian H. Kim

                    Attorneys for Plaintiff

Dated: December 5, 2024

                    GORDON REES SCULLY MANSUKHANI, LLP

                    By: /s/ Michael K. Brisbin
                    Michael K. Brisbin

                    Attorneys for Defendant

## [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 4:24-cv-2445 JST, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED.**

Dated: December 6, 2024

                    Hon. Jon S. Tigar
                    United States District Judge